IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Stevenson, Donald R | Case Number: 04 B 38842 |
| | Judge: Hollis, Pamela S |
| Printed: 5/6/08 | Filed: 10/19/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed:  March 24, 2008
Confirmed: December 6, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 24,259.00 | |
| Secured: | | 20,515.35 |
| Unsecured: | | 1,423.44 |
| Priority: | | 0.00 |
| Administrative: | | 1,100.00 |
| Trustee Fee: | | 1,220.21 |
| Other Funds: | | 0.00 |
| Totals: | 24,259.00 | 24,259.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Select Legal - The First Choice | Administrative | 1,100.00 | 1,100.00 |
| 2. | M&I Home Lending Solutions | Secured | 11,000.00 | 11,000.00 |
| 3. | Ford Motor Credit Corporation | Secured | 9,515.35 | 9,515.35 |
| 4. | Portfolio Recovery Associates | Unsecured | 522.45 | 336.33 |
| 5. | Ford Motor Credit Corporation | Unsecured | 64.35 | 41.42 |
| 6. | Fleet Credit Card Service | Unsecured | 270.68 | 174.25 |
| 7. | M&I Home Lending Solutions | Unsecured | 104.24 | 67.11 |
| 8. | Resurgent Capital Services | Unsecured | 286.34 | 184.33 |
| 9. | Resurgent Capital Services | Unsecured | 963.09 | 620.00 |
| 10. | Capital One | Unsecured | | No Claim Filed |
| 11. | Citgo Petroleum Corp | Unsecured | | No Claim Filed |
| 12. | Citicorp | Unsecured | | No Claim Filed |
| 13. | Capital One | Unsecured | | No Claim Filed |
| 14. | Capital One | Unsecured | | No Claim Filed |
| | | | $ 23,826.50 | $ 23,038.79 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 196.75 |
| 4% | 92.28 |
| 3% | 69.31 |
| 5.5% | 254.09 |
| 5% | 38.50 |
| 4.8% | 294.96 |
| 5.4% | 274.32 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Stevenson, Donald R | Case Number:  04 B 38842 |
| | Judge:  Hollis, Pamela S |
| Printed:  5/6/08 | Filed:  10/19/04 |

$$_____$$
$ 1,220.21

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mack_____